**Anthony CARTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74281.**

Missouri Court of Appeals, Western District.

June 5, 2012.

Ruth Sanders, for Appellant.

Laura E. Elsbury, for Respondent.

Before Division One: JOSEPH M. ELLIS, Presiding Judge, JAMES E. WELSH, Judge and ALOK AHUJA, Judge.

*ORDER*

PER CURIAM:

Anthony D. Carter appeals from the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the motion court's ruling is based on findings of fact that are not clearly erroneous and that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).